IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PETE MCMANUS,

    Plaintiff,

v.	CASE NO. 1:12-cv-68-MP-GRJ

GAINESVILLE HOUSING AUTHORITY, et al.,

    Defendants.

_____/

### REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a *pro se* civil rights complaint pursuant to 28 U.S.C § 1983 on March 28, 2012. (Doc. 1). Also on March 28, 2012, Plaintiff filed a civil suit in the Eighth Judicial Circuit in Alachua County using an identical complaint. The identical state case was removed from state court and several motions–including three Defendants' motions to dismiss–are pending in that case. *See McManus v. Gainesville Housing Authority*, Case No. 1:12-cv-93-MP-GRJ. Plaintiff was ordered to show cause why the above-styled case should not be dismissed as duplicative of the case removed from state court, but failed to respond by the August 6, 2012 deadline. (Docs. 9, 15.) The above-styled case has not yet been served on Defendants.

"As part of its general power to administer its docket, a district court my stay or dismiss a suit that is duplicative of another federal court suit." *Curtis v. Citibank,* 226 F.3d 133, 138 (2d Cir. 2000). Furthermore, in the federal court system, "the general principle is to avoid duplicative litigation." *Colorado River Water Conservation Dist. v. United States,* 424 U.S. 800, 817 (1976). "[T]he general rule is that a suit is duplicative

of another suit if the parties, issues and available relief do not significantly differ between the two actions."  *I.A. Durbin, Inc. v. Jefferson Nat'l Bank,* 793 F. 2d 1541, 1551 (11th Cir. 1986).  "[S]imple dismissal of the second suit is [a] common disposition because plaintiffs have no right to maintain two actions on the same subject in the same court, against the same defendant at the same time."  *Curtis,* 226 F.3d at 138-139.

Plaintiff is proceeding in two cases on identical complaints.  This case, which has not been served on Defendants, should therefore be dismissed as duplicative, pursuant to the Court's general power in managing its docket.  *See also* Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.,* 370 U.S. 626, 629-32 (1961).

Accordingly, it is respectfully **RECOMMENDED** that:

1.  This case be **DISMISSED WITH PREJUDICE** as duplicative.

2.  Plaintiff's motion for leave to proceed *in forma pauperis*, Doc. 5, be granted for the limited purpose of dismissing this action.

**IN CHAMBERS** this 9th day of August 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge