IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PETE MCMANUS,

    Plaintiff,

v.                                              CASE NO. 1:12-cv-00068-MP-GRJ

GAINESVILLE HOUSING AUTHORITY, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 16, the Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed as duplicative of McManus v. Gainesville Housing Authority, Case No. 1:12-cv-93-MP-GRJ. The time for filing objections has passed, and none have been filed. Upon consideration, the Court agrees that the case should be dismissed as duplicative.

**ORDERED AND ADJUDGED**:

1.     The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein. This case is dismissed with prejudice as duplicative.

2.     The plaintiff's motion for leave to proceed *in forma pauperis*, Doc. 5, is granted for the limited purpose of dismissing this action.

**DONE AND ORDERED** this *26th* day of September, 2012

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge